Ira Brad Matetsky (IM1881)
William A. Jaskola (WJ9839)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

CORE SOFTWARE TECHNOLOGY, INC.,

               Plaintiff,

-against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., ELBIT SYSTEMS ELECTRO-OPTICS ELOP
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, SHIMON ECKHAUS, MICHAEL
FEDERMANN, ESTATE OF JACOB TOREN, JOSEPH
ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-
BEER, DAVID ARZI, YOAV CHELOUCHE, and
YEHOSHUA ELDAR,

               Defendants.

------------------------------------------------------------------X

No.

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, CORE SOFTWARE TECHNOLOGY, INC. (a private non-governmental party), certifies that Plaintiff has no parent corporation and that there

is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      August 6, 2008

                                      GANFER & SHORE, LLP

                                      By: _____
                                             Ira Brad Matetsky (IM1881)
                                             William A. Jaskola (WJ9839)
                                    360 Lexington Avenue
                                    New York, New York 10017
                                    (212) 922-9250
                                    (212) 922-9335 (facsimile)
                                    *Attorneys for Plaintiff*