Ira Brad Matetsky (IM1881)
William A. Jaskola (WJ9839)
GANFER & SHORE, LLP
360 Lexington Avenue
New York, New York 10017
(212) 922-9250
(212) 922-9335 (facsimile)
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CORE SOFTWARE TECHNOLOGY, INC.,　　　　　　　08 CV 7017

　　　　　　　　　　　Plaintiff,　　　　　　　　　　　　**NOTICE OF**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**APPEARANCE**
　　　　　　　-against-

IMAGESAT INTERNATIONAL N.V., ISRAEL
AEROSPACE INDUSTRIES LTD., ELBIT SYSTEMS
LTD., ELBIT SYSTEMS ELECTRO-OPTICS ELOP
LTD., MOSHE KERET, IZHAK NISSAN, JACOB
WEISS, SHIMON ECKHAUS, MICHAEL
FEDERMANN, ESTATE OF JACOB TOREN, JOSEPH
ACKERMAN, JOSEPH GASPAR, GINO PIPERNO-
BEER, DAVID ARZI, YOAV CHELOUCHE, and
YEHOSHUA ELDAR,

　　　　　　　　　　　Defendants.
------------------------------------------------------------------------X

　　　**PLEASE BE ADVISED**, that the undersigned attorney hereby enters appearance as additional representative and counsel for Plaintiff CORE SOFTWARE TECHNOLOGY, INC. in the above-captioned action.

Dated:  New York, New York
       August 12, 2008

                                                GANFER & SHORE, LLP

                                         By:_____
                                                William A. Jaskola (WJ9839)
                                         360 Lexington Avenue
                                         New York, New York 10017
                                         (212) 922-9250
                                         (212) 922-9335 (facsimile)
                                         wjaskola@ganfershore.com
                                         *Attorneys for Plaintiff*